# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES E. WASHINGTON, Jr.,**

        Plaintiff,

    -vs-                                   **Case No. 10-C-4**

**JOHN P. HIVELY,**

        Defendant.

## DECISION AND ORDER

This matter was remanded by the Seventh Circuit. *Washington v. Hively*, 695 F.3d 641 (7th Cir. 2012). Upon receiving the mandate, the Court noticed a hearing for January 8, 2013. Prior to that hearing, the Court received a request from the plaintiff, James E. Washington, Jr., to re-schedule the hearing so he could attempt to find an attorney. On January 4, 2013, the Court canceled the hearing and set a new hearing date of March 6, 2013 at 10:30 a.m. (CST). The Court also stated that Mr. Washington or his attorney should provide the Court with an appropriate phone number prior to the scheduled date of the call. The time for the March 6 status hearing came and went. Mr. Washington failed to provide a phone number or attempt to participate in the hearing.

On or before **March 29, 2013**, Mr. Washington must provide a legitimate explanation to the Court regarding his failure to appear at this hearing, in addition to a telephone number where he can be reached for future proceedings. Otherwise, this matter will be dismissed for want of prosecution. Fed. R. Civ. P. 41(b).

Dated at Milwaukee, Wisconsin, this 6th day of March, 2013.

                                             **BY THE COURT:**

                                             _____
                                             **HON. RUDOLPH T. RANDA**
                                             **U.S. District Judge**